IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TERESA ANDRE-HOPPER | § § § | |
| V. | § § | Civil No. 1:25-CV-646-ADA-ML |
| OPTIV SECURITY INC. | § § § | |

## ORDER

The above captioned cause, having been removed to this Court on April 30, 2025, from the 200th Judicial District Court, Travis County, TX, D-1-GN-25-002344, and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this 1st day of May, 2025.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE