**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **TERESA ANDRE-HOPPER,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 1:25-cv-00646** |
| **OPTIV SECURITY INC.,** | § § § | |
| **Defendant.** | § § | |

**CERTIFICATE OF SERVICE FOR NOTICE OF REMOVAL**

Defendant Optiv Security Inc. ("Optiv" of "Defendant"), hereby certifies that it served the (1) Notice of Removal, (2) Civil Cover Sheet, (3) Supplemental Civil Cover Sheet and (4) Appendix in Support of Notice of Removal via electronic mail on **April 30, 2025**, **at 3:16 p.m**. to counsel for Plaintiff at:

Matt Bachop
DEATS DURST & OWEN, PLLC
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
mbachop@ddollaw.com
PHONE (512) 474-6200
FAX (512) 474-7896

COUNSEL FOR PLAINTIFF

| | |
|---|---|
| Dated: May 1, 2025 | Respectfully submitted, |

                                                           **POLSINELLI PC**

                                        */s/ Derek A. McKee*
                                        **Derek A. McKee**
                                        Texas State Bar No. 24108765
                                        dmckee@polsinelli.com
                                        **Tiffani A. Skroch**
                                        Texas State Bar No. 24143413
                                        tskroch@polsinelli.com
                                        2950 N. Harwood Street, Suite 2100
                                        Dallas, Texas 75201
                                        Telephone: (214) 661-5520
                                        Facsimile: (214) 292-9487

                                        *- and -*

                                        **Robert J. Hingula\***
                                        *(\*pro hac vice forthcoming)*
                                        Missouri State Bar No. 24108765
                                        900 W. 48th Place, Suite 900
                                        Kansas City, Missouri 64112
                                        Telephone: (816) 753-1000
                                        Facsimile: (816) 753-1536
                                        Email: rhingula@polsinelli.com

                                        **ATTORNEYS FOR DEFENDANT OPTIV SECURITY INC.**

## CERTIFICATE OF SERVICE

       Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and (b)(3), I certify a true and correct copy of the foregoing document and all attachments were filed electronically on May 1, 2025. Parties may access this filing through the Court's system. Notice of this filing will be sent to all parties via email and first class mail as well.

                                        */s/ Derek A. McKee*
                                        Derek A. McKee