IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TERESA ANDRE-HOPPER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL NO. 1:25-CV-00646-ADA-ML |
| **OPTIV SECURITY INC.,** § | |
| § | |
| § | |
| Defendant. § | |
| § | |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Optiv Security Inc. ("Optiv") hereby discloses the following corporate interests:

1. Optiv is a non-governmental corporate entity and identifies the following parent corporation: Optiv Parent Inc.

2. No publicly held corporation owns ten percent (10%) or more of Optiv's stock.

3. Pursuant to Fed. R. Civ. P. 7.1(a)(2), Optiv states that it is a citizen of Colorado and Delaware because Optiv is incorporated under the laws of the state of Delaware and maintains its principal place of business in Colorado. *See* 28 U.S.C. § 1332(c)(1).

Counsel for Optiv acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Dated: May 2, 2025

Respectfully submitted,

**POLSINELLI PC**

*/s/ Derek A. McKee*
**Derek A. McKee**
Texas State Bar No. 24108765
dmckee@polsinelli.com
**Tiffani A. Skroch**
Texas State Bar No. 24143413
tskroch@polsinelli.com
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Telephone: (214) 661-5520
Facsimile: (214) 292-9487

*- and -*

**Robert J. Hingula\***
*(\*pro hac vice forthcoming)*
Missouri State Bar No. 24108765
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: rhingula@polsinelli.com


**ATTORNEYS FOR DEFENDANT OPTIV SECURITY INC.**

## **CERTIFICATE OF SERVICE**

      Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and (b)(3), I certify a true and correct copy of the foregoing document was filed electronically on May 2, 2025. Parties may access this filing through the Court's system. Notice of this filing will be sent to all parties via email to counsel:

Matt Bachop
DEATS DURST & OWEN, PLLC
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
mbachop@ddollaw.com
PHONE (512) 474-6200
FAX (512) 474-7896

                                                */s/ Derek A. McKee*
                                                Derek A. McKee