IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TERESA ANDRE-HOPPER, § § Plaintiff, § v. § OPTIV SECURITY INC., § § Defendant. § § § | CIVIL NO. 1:25-CV-00646-ADA-ML |

**APPLICATION TO APPEAR PRO HAC VICE – ADDITIONAL INFORMATION SHEET**

Robert J. Hingula has been admitted to practice before the following courts:

| Jurisdiction | Bar Number | Admission Date |
|---|---|---|
| Missouri | 56353 | September 29, 2004 |
| U.S. District Court, Western District of Missouri | 56353 | August 30, 2006 |
| U.S. District Court, Eastern District of Missouri | 56353MO | June 10, 2025 |
| Kansas | 22203 | September 30, 2005 |
| U.S. District Court, District of Kansas | 22203 | September 30, 2005 |
| New York, 3rd Judicial Department | 5534235 | September 13, 2017 |
| U.S. District Court, Southern District of New York | 553423512 | December 10, 2019 |
| U.S. District Court, Eastern District of New York | 5534235 | January 21, 2020 |
| U.S. District Court, Northern District of New York | | May 20, 2020 |
| U.S. District Court, District of Colorado | | September 7, 2018 |
| U.S. District Court, Northern District of Illinois | | June 20, 2023 |
| U.S. District Court, District of Nebraska | | May 20, 2020 |
| U.S. District Court, 1st Circuit Court of Appeals | | November 23, 2015 |
| U.S. District Court, 8th Circuit Court of Appeals | | November 30, 2007 |
| U.S. District Court, 10th Circuit Court of Appeals | | February 9, 2009 |

Dated: June 24, 2025                    Respectfully submitted,

                                                 **POLSINELLI PC**

                                                 */s/ Derek A. McKee*
                                                 **Derek A. McKee**
Texas State Bar No. 24108765
dmckee@polsinelli.com
**Tiffani A. Skroch**
Texas State Bar No. 24143413
tskroch@polsinelli.com
4020 Maple Ave., Suite 300
Dallas, Texas 75219
Telephone: (214) 661-5520
Facsimile: (214) 292-9487

*- and -*

**Robert J. Hingula***
*(*pro hac vice pending)*
Missouri State Bar No. 56353
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: rhingula@polsinelli.com

**ATTORNEYS FOR DEFENDANT OPTIV SECURITY INC.**

## CERTIFICATE OF SERVICE

    I hereby certify a true and correct copy of the foregoing document was served on June 24, 2025, on all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure.

                                                       */s/ Derek A. McKee*
                                                       Derek A. McKee