IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
June 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

**TERESA ANDRE-HOPPER,**
**Plaintiff,**

-vs-

**OPTIV SECURITY INC.,**
**Defendant.**

Case No. **1:25-CV-00646-ADA-ML**

### O R D E R

BE IT REMEMBERED on this the **24th** day of **June**, 20**25**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Robert J. Hingula** ("Applicant"), counsel for **Defendant Optiv Security** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Defendant Optiv Security Inc.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 25th day of June, 2025.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE