IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TERESA ANDRE-HOPPER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. A-25-CV-646-ADA-ML |
| OPTIV SECURITY INC., | § § § | |
| Defendant. | § § | |

### ORDER

The parties timely submitted their Joint Proposed Scheduling Order on June 18, 2025. *See* Dkt. 9. However, the parties must propose an alternate trial date that is during the first or third week of the month. Accordingly, **IT IS ORDERED** that the parties resubmit their proposed order with the required modification on or before **July 11, 2025**.

SIGNED on July 2, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1