**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **TERESA ANDRE-HOPPER,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL NO. 1:25-CV-646-ADA-ML |
| § | |
| **OPTIV SECURITY INC.,** § | |
| *Defendant.* § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Teresa Andre-Hopper and Defendant Optiv Security Inc. (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice and in support state the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to dismissal of all claims against all parties in this action with prejudice. The Parties respectfully ask the Court to Order that this matter be dismissed with prejudice and without award of costs or fees to any party.

1

Dated: September 16, 2025					Respectfully submitted,


| | |
|---|---|
| */s/ Matt Bachop* | */s/ Derek A. McKee* |
| Matt Bachop | Derek A. McKee |
| Texas Bar No. 24055127 | dmckee@polsinelli.com |
| mbachop@ddolaw.com | Tiffani A. Skroch |
| DEATS DURST & OWEN, PLLC | tskroch@polsinelli.com |
| 8140 N Mopac Expwy, Suite 4-250 | Polsinelli PC |
| Austin, Texas 78759 | 2950 N. Harwood Street, Suite 2100 |
| Telephone:   512.474-6200 | Dallas, Texas 75201 |
| Facsimile:   512.474.7896 | Robert J. Hingula |
| | rhingula@polsinelli.com |
| **ATTORNEY FOR PLAINTIFF TERESA ANDRE-HOPPER** | Polsinelli PC |
| | 900 W. 48th Place, Suite 900 |
| | Kansas City, Missouri 64112 |
| | |
| | **ATTORNEYS FOR DEFENDANT OPTIV SECURITY INC.** |


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system, on this the 17th day of September, 2025.

				*/s/ Matt Bachop*
				  Matt Bachop

2