IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TERESA ANDRE-HOPPER,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | |
| | § | **1:25-CV-646-ADA-ML** |
| **OPTIV SECURITY INC.,** | § | |
| **DEFENDANT.** | § | |

# NOTICE

On September 17th, 2025, Plaintiff, TERESA ANDRE-HOPPER, and Defendant, OPTOV SECURITY, INC., filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 18.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED** on September 18, 2025,

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE